THOMAS A. JOHNSON, #119203
KRISTY KELLOGG, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Dewey Bullock

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEWEY BULLOCK,<br><br>    Defendant. | Case No.: 2:11-CR-00099-EFB<br><br>STIPULATION AND ORDER DISMISSING COUNTS THREE AND FOUR PURSUANT TO THE PLEA AGREEMENT |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Counts Three and Four of the Information are to be dismissed. Counts Three and Four are both violations of 18 U.S.C. § 641. Dismissal of these counts was previously agreed upon in the Plea Agreement that was filed with the Court on September 19, 2011.

**IT IS SO STIPULATED.**

DATED: December 8, 2011              By:    /s/ Kristy Kellogg
                                                                       KRISTY KELLOGG
                                                                       Attorney for Defendant
                                                                       DEWEY BULLOCK

////

////

////

////

| | | |
|---|---|---|
| DATED: December 8, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Kristy Kellogg for<br>DAVID STEVENS<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: December 8, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE